DENISE CARLON

ZUCKER, GOLDBERG & ACKERMAN, LLC
XFA-172348-2/gt
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

Attorneys for Secured Creditor
Wells Fargo Bank, NA

|  |  |  |
|---|---|---|
| IN RE: | : : : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK |
| Vicente Alfredo Joseph<br>        Debtor | :<br>: | CHAPTER  13 |
|  | :<br>: | CASE NO.  14-28562-VFP |
|  | :<br>:<br>:<br>:<br>: | **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>**(RET:  February 19, 2015 @ 11:00am)** |

Vicente Alfredo Joseph
28 Country Club Lane
Elizabeth, NJ 07208

Walter D. Nealy, Esq.
Attorney for Debtor(s)
100 South Van Brunt Street
Suite 2-C
Englewood, NJ  07631

Marie-Ann Greenberg, Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ  07004

SIRS:

PLEASE TAKE NOTICE that on February 19, 2015 @ 11:00am, or soon as counsel may be heard, the undersigned, attorneys for Wells Fargo Bank, NA, will move before the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3A, P.O. Box 1352, Newark, NJ 07101-1352 for an Order Vacating the Automatic Stay, with respect to the debtor's property at 28 Country Club Lane, Elizabeth, NJ  07208, and allowing Wells Fargo Bank, NA, to continue its foreclosure action, by reason of failure of the debtor to make the regular monthly mortgage payments outside of the Chapter 13 Plan, and

TAKE FURTHER NOTICE that Debtor(s) executed a promissory note secured by a mortgage or deed of trust.  The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly or through an agent, has possession of the promissory note.  Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

TAKE FURTHER NOTICE that the facts Wells Fargo Bank, NA relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

      ZUCKER, GOLDBERG & ACKERMAN, LLC
      Attorneys for Secured Creditor
      Wells Fargo Bank, NA

       **/s/ DENISE CARLON**
      DENISE CARLON
      FOR THE FIRM

DATED:  January 21, 2015

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose.*