| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>JA 4027<br> XFA 172348-2/sib<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Wells Fargo Bank, NA<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 |
| In Re:<br><br>Vicente Alfredo Joseph |

Case No.:  14-28562-VFP

Chapter:  13

Judge:  Vincent F. Papalia

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the attorneys for the Secured Creditor in this matter.  On January 23, 2015, a Loss Mitigation Order was entered concerning:

Property:      28 Country Club Lane, Elizabeth, NJ  07208

Creditor:       Wells Fargo Bank, NA

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on April 21, 2015.

For the reason(s) set forth below, Wells Fargo Bank, NA hereby requests:

☐    an extension of the Loss Mitigation period to  _____

☒    early termination of the Loss Mitigation Period,     3/5/15
      effective

Set forth the applicant's reason(s) for the above request: Debtor failed to comply with the Loss Mitigation Order.  Pursuant to the terms of the Loss Mitigation Order, Debtor had until February 27, 2015 to open the DMM Portal and upload a full loss mitigation package.  As of today Secured Creditor has not received a full package to be reviewed.

                                      ZUCKER, GOLDBERG & ACKERMAN, LLC
                                      Attorneys for Secured Creditor
                                        /s/  **JOEL A. ACKERMAN**
                                      JOEL A. ACKERMAN
                                      MEMBER OF THE FIRM

DATED:  March 5, 2015