| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>JA 4027<br>XFA 172348-2/sib<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Wells Fargo Bank, NA<br>200 Sheffield Street, Suite 101<br><br>P.O. Box 1024<br><br>Mountainside, NJ  07092-0024<br><br>1-908-233-8500 | Order Filed on March 12, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Vicente Alfredo Joseph<br>                                           Debtor, | Case No.:  14-28562-VFP<br>Adv No.:<br>Hearing Date:<br><br>Judge:  Vincent F. Papalia |

## ORDER TERMINATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby ORDERED

**DATED: March 12, 2015**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the application of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, Wells Fargo Bank, NA, and the court having executed a loss mitigation order on January 23, 2015; and Secured Creditor having applied to terminate loss mitigation; it is **ORDERED** that the loss Mitigation is hereby terminated.

It is further **ORDERED** that any monies less than the full monthly post-petition mortgage payment are hereby due and owing and the Debtor(s) are to resume full post-petition payments April 1, 2015.

The movant shall serve this order on the debtors, any trustee and other party who entered an appearance on the motion.